UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
July 17, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
              Plaintiff, )
v. )
  )
SALVADOR HERNANDEZ, JR., )
  )
              Defendant. )

Case No. 2:12MJ00189-GGH-1

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  SALVADOR HERNANDEZ, JR. , Case No. 2:12MJ00189-GGH-1 , Charge  18USC § 3606 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)  Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  July 17, 2012  at  2:00 pm .

                                  By  /s/ Gregory G. Hollows
                                          Gregory G. Hollows
                                          United States Magistrate Judge

Copy 5 - Court